UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ERIC DEMETRE LONG,

    Defendant.
_____/

Case No. 05-CR-80886-DT-01

HON. GEORGE CARAM STEEH

## ORDER DENYING DEFENDANT'S MOTION FOR REDUCTION OF SENTENCE

The defendant's motion for sentence reduction dated August 18, 2008, is before the court for decision. The court has considered the motion, the government's opposition papers dated September 5, 2008, and the §1B1.10 Report and Progress Report of the U.S. Probation Department dated September 25, 2008.

The original sentence imposed in this case was substantially below the guideline range and substantially higher than the extent of the departure recommended by the government at the time. As calculated by probation, that guideline range is unaffected by the intervening reduction in the scoring of "crack" offenses. The same sentencing factors apply to this sentence review as considered earlier.

Accordingly, and pursuant to 18 U.S.C. § 3582 (c) (2) and U.S.S.C. § 1B1.10, the court denies the motion for reduction in sentence.

Dated: September 29, 2008

                                      S/George Caram Steeh
                                      GEORGE CARAM STEEH
                                      UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on September 29, 2008, by electronic and/or ordinary mail.

S/Marcia Beauchemin
Deputy Clerk